WILLIAM HODSON as Commissioner of Welfare of the City of New York, Appellant, v. CLINTON B. ALVES, Respondent.—

Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.